# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 8:14-cv-01569-SCB-MAP |
| v. | ) |
| KRIS WILDER, | ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONSE TO THE COURT'S
## ORDER TO SHOW CAUSE [CM/ECF 19]

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel hereby responds to the Court's Order to Show Cause [CM/ECF 19], and in support states:

1. On June 27, 2014, Plaintiff filed its Complaint against a John Doe Defendant identified only by an IP address. [CM/ECF 1].

2. Subsequently, Plaintiff amended the Complaint to name the Defendant. [CM/ECF 7]

3. On December 8, 2014, Plaintiff served Defendant with the Summons and Amended Complaint.

4. On December 22, 2014, Defendant filed a Motion for Extension of Time to File Answer [CM/ECF 13]. The Court subsequently granted this motion and instructed Defendant to Answer Plaintiff's Amended Complaint by February 13, 2015.

5. On February 20, 2015, Defendant filed his Answer [CM/ECF 16].

6. M. D. Fl. LR 3.05 (c)(2)(B) states that "[c]ounsel and any unrepresented party shall meet within 60 days after service of the complaint upon any defendant, or the first

appearance of any defendant … for the purpose of preparing and filing a Case Management Report in the form prescribed below … The Case Management Report must be filed within 14 days after the meeting." Therefore, the Case Management Report was due no later than March 6, 2015.

7.  However, a paralegal mistakenly believed that Defendant's Answer – filed February 20, 2015 – was Defendant's "first appearance." And, as a result, this deadline was calendared incorrectly.

8.  On March 11, 2015, Plaintiff immediately sent Defendant its proposed Case Management Report. To date, Defendant has not responded.[1] On March 17, 2015, Plaintiff contacted Defendant via telephone to discuss the proposed Case Management Report. Defendant did not answer and has not returned Plaintiff's voicemail message.

9.  Although Plaintiff will continue to attempt to contact Defendant, if Defendant remains unresponsive, Plaintiff will unilaterally file its proposed Case Management Report by March 24, 2015.

WHEREFORE, Plaintiff respectfully requests this Court discharge the Order to Show Cause without dismissing the instant action.

Dated: March 17, 2014

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228

---

[1] Upon the Court's request, Plaintiff can produce this e-mail.

2

Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

**Service List**
Kris Wilder
680 4th Ave S.
St. Petersburg, FL 33701

By:     /s/ *M. Keith Lipscomb*